# Court of Appeals
# of the State of Georgia

ATLANTA, _November 06, 2025_

*The Court of Appeals hereby passes the following order:*

**A26E0083.  JOSE ANGEL CASTRO v. KARINA FRIAS.**

Jose Angel Castro has filed an emergency motion to quash and stay enforcement of a child support contempt order entered on September 3, 2025. After careful consideration, we conclude that the motion fails to satisfy the standard for emergency relief set forth in Court of Appeals Rule 40(b). Accordingly, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _11/06/2025_

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*